1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,    )   Case No.: 5:22-MJ-00652- DUTY
                                 )
12              Plaintiff,       )   ORDER OF DETENTION PENDING
                                 )   FURTHER REVOCATION
13       v.                      )   PROCEEDINGS
                                 )   (FED. R. CRIM. P. 32.1(a)(6); 18
14  JOSE SALAZAR SALDIVAR,       )   U.S.C. § 3143(a)(1))
                                 )
15              Defendant.       )
    _____)

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the  Southern      District of
18  California     for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (×)   The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c).  This finding is based on the following:
25           (×)   information in the Pretrial Services Report and Recommendation
26           (×)   information in the violation petition and report(s)
27           (×)   the defendant's nonobjection to detention at this time
28           ( )   other: _____

                                    1

1  and/ or
2  B. (×)  The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c).  This finding is based on the following:
6            (×)  information in the Pretrial Services Report and Recommendation
7            (×)  information in the violation petition and report(s)
8            (×)  the defendant's nonobjection to detention at this time
9            ( )  other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 10/14/2022

   SHASHI H. KEWALRAMANI
   UNITED STATES MAGISTRATE JUDGE